In the Matter of DENNIS K.A., III, and Another, Infants. WYOMING COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DENNIS A., JR., Appellant. [864 NYS2d 656]—The case is held, the decision is reserved, the motion to relieve counsel of assignment is granted, and new counsel is to be assigned. Memorandum: Respondent appeals from an order that terminated his parental rights upon a finding that he had abandoned the subject children (*see* Social Services Law § 384-b [4] [b]). Respondent's assigned appellate counsel has moved to be relieved of the assignment, and has submitted an affidavit in which she concludes that there are no nonfrivolous issues meriting this Court's consideration (*see Matter of Jordan S.,* 179 AD2d 1091 [1992]). Because the petitions allege only that the children were permanently neglected (*see* Social Services Law § 384-b [4] [d]), we conclude that a nonfrivolous issue exists as to whether Family Court's determination violated father's right to due process. Therefore, we relieve counsel of her assignment and assign new counsel to brief this issue, as well as any other issues that counsel's review of the record may disclose. (Appeal from Order of Family Court, Wyoming County, Michael F. Griffith, J.—Terminate Parental Rights.) Present—Scudder, P.J., Hurlbutt, Martoche, Smith and Lunn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD BROWN, Appellant, v JAMES CONWAY, Superintendent of Attica Correctional Facility, Respondent. [864 NYS2d 341]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford,* 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Monroe County, Ann Marie Taddeo, J.—Habeas Corpus.) Present—Scudder, P.J., Hurlbutt, Martoche, Smith and Lunn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY HILL, Appellant. [864 NYS2d 340]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford,* 71 AD2d 38 [1979]). (Appeal from Judgment of Erie County Court, Michael L. D'Amico, J.—Burglary, 2nd Degree.) Present—Scudder, P.J., Hurlbutt, Martoche, Smith and Lunn, JJ.